✎AO 187 (Rev. 7/87) Exhibit and Witness List

# UNITED STATES DISTRICT COURT

DISTRICT OF  Connecticut

USA

V.

Jamie Middlebrook

**EXHIBIT** LIST

Case Number: 3:19-cr-283(JCH)

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Robert M. Spector | Pilar Gonzalez | Jonathan Einhorn |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 11/25/2019 | FTR | A. Campbell |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| 1 | | 11/25/2019 | | Yes | Incident Report dated 10/2/19 |
| 2 | | 11/25/2019 | | Yes | Incident Report dated 2/16/19 |
| 3 | | 11/25/2019 | | Yes | Incident Report dated 12/3/18 |

* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

Page 1 of    1    Pages